**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JOSEPH B. FITZPATRICK, III          :          1:15-cv-1996
                                                      :
                            Plaintiff          :
              v.                                  :          Hon. John E. Jones III
                                                      :
PATRICK AND BONNIE                  :
VASSALOTTI, co-legal custodians  :
of minor children E.F. and R.F.,:      :
                            Defendants.      :

## ORDER

**December 15, 2017**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.      The Motion for Summary Judgment filed by Defendants, Patrick and

          Bonnie Vassalotti, Co-Legal Custodians of Minor Children E.F. and

          R. F. (Doc. 55) is **GRANTED**.

2.      Judgment is entered in favor of Patrick and Bonnie Vassalotti, Co-

          Legal Custodians of Minor Children E.F. and R. F.

3.      The Clerk of Court shall **DISBURSE** to Patrick and

          Bonnie Vassalotti, Co-Legal Custodians of Minor Children E.F. and

          R. F. the amount of $493,773.54 plus any accrued interest.

4.      The Clerk of Court is directed to **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge